Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kyle J. Haas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. HAAS, | Case No.: 1:11-cv-00794-SKO |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | (Docket No. 16) |

On July 30, 2012, the parties filed a Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S. C. § 1920.  (Doc. 16.)

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff shall be awarded fees and expenses in the amount of $3,750.00 as authorized by 28 U.S.C. § 2412, subject to the terms of the Stipulation.  (Doc. 16.)


IT IS SO ORDERED.

Dated:  **July 30, 2012**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

-1-